IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON CARVILLE, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-CV-01050-E |
| THE ADT SECURITY CORP., et al., | § § § | |
| Defendants. | § | |

# JUDGMENT

This final judgment is entered pursuant to the Court's Order Compelling Arbitration of this same date, in which the Court granted Defendants' Motion to Compel Arbitration.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing by his suit against Defendants and that Plaintiff's claims are dismissed with prejudice.

**SO ORDERED**.

**Signed July 7, 2021.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE